UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLEN EMBRY, individually, and on behalf of all others similarly situated in Missouri<br><br>Plaintiffs,<br><br>vs.<br><br>LITEHOUSE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:19-cv-2888 SEP<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Upon the filing of the parties' Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(i) on July 6, 2020, Doc. [22],

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED with prejudice** with respect to Plaintiff Ellen Embry's claims, and **without prejudice** with respect to the claims of putative class members, with the parties to bear their own costs.

Dated this 17th day of July, 2020.

_/s/ Sarah E. Pitlyk_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE